United States District Court
Northern District of California

1

2

3

4                               UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6                                  SAN FRANCISCO DIVISION

7

8     CARL A. WESCOTT,

9                    Plaintiff,                      Case No. 24-cv-01513-PHK

10          v.                                       **ORDER TO SHOW CAUSE RE:
                                                     DISMISSAL FOR FAILURE TO
11    GOOGLE, LLC,                                   PROSECUTE AND FAILURE TO
                                                     COMPLY WITH COURT ORDER**
12                   Defendant.                      Re: Dkt. 11

13

14          On March 12, 2024, Plaintiff Carl A. Wescott, who is representing himself in this action,

15    filed a complaint and application to proceed *in forma pauperis* ("IFP"). *See* Dkts. 1-2. On August

16    15, 2024, the Court dismissed Plaintiff's complaint without prejudice, pursuant to 28 U.S.C.

17    § 1915(e)(2)(B), for failure to state a claim for relief. [Dkt. 11]. The Court ordered Plaintiff to

18    file an amended complaint curing the pleading deficiencies by no later than September 16, 2024.

19    *Id.* The Court's August 15, 2024 Order stated that "[f]ailure to file an amended complaint by the

20    deadline herein and failure to prosecute this action timely may result in negative consequences for

21    Plaintiff Wescott's case, including recommendation for dismissal of this action with prejudice

22    such as under Federal Rule of Civil Procedure 41(b) for failure to prosecute." *Id.* at 8.

23          To date, Plaintiff has neither filed an amended complaint nor requested an extension of

24    time from the Court to do so. The September 16, 2024 deadline for filing an amended complaint

25    has passed.

26          The Court possesses the inherent power to dismiss an action *sua sponte* if the plaintiff fails

27    to prosecute or comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370

28    U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d

983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders).  The Plaintiff was previously informed, and is herein warned again, that failure to comply with this Court's orders and failure to prosecute this case, including failure to respond to this Order to Show Cause and further including failure to file an amended complaint by the deadline, would result in negative consequences for Plaintiff, including dismissal of this action.

Accordingly, by no later than **December 6, 2024**, Plaintiff shall file either (1) a written response to this Order explaining why this action should not be dismissed for failure to prosecute this case or for failure to comply with this Court's directives and orders, or (2) an amended complaint which addresses and cures the deficiencies noted by the Court's previous Order [Dkt. 11].  If Plaintiff needs additional time to prepare and file an amended complaint, Plaintiff shall explain why and how much additional time is needed.  If Plaintiff fails to respond to this Order to Show Cause by the December 6, 2024 deadline, the Court will reassign this action to a District Judge with the recommendation that this action be dismissed without prejudice for failure to prosecute and to comply with court orders.

**IT IS SO ORDERED.**

Dated:  November 18, 2024

_____
PETER H. KANG
United States Magistrate Judge

United States District Court
Northern District of California

2