IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE, LLC,<br><br>　　　　Defendant. | Case No. 24-cv-01513-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |

　　　Pro se Plaintiff Carl A. Wescott brought suit against Defendant Google, LLC in connection with Google's Gmail product. See Comp. (dkt. 1). Judge Kang dismissed the case for failure to state a claim pursuant to the mandatory screening requirements of 28 U.S.C. § 1915(e)(2)(b). Screening Order (dkt. 11). Judge Kang allowed Plaintiff until September 16, 2024 to cure the deficiencies in the complaint. Id. Plaintiff failed to amend. R&R (dkt. 13) at 1. Judge Kang then issued an order to show cause by December 6, 2024 why the case should not be dismissed for failure to prosecute. See OSC (dkt. 12). Plaintiff failed to respond. R&R at 2. Judge Kang then issued a Report and Recommendation (R&R) for dismissal without prejudice based on Plaintiff's failure to respond to the screening order and the OSC. See id. Fourteen days have passed and Plaintiff failed to object to the R&R. The R&R appears to the Court to be thorough, accurate, and correct, and the Court hereby ADOPTS it and DISMISSES the case without prejudice.

　　　**IT IS SO ORDERED.**

　　　Dated: February 20, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge